# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 20-2205

———————————————

Brock Fredin

*Plaintiff - Appellant*

v.

Halberg Criminal Defense; Christina Zauhar

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the District of Minnesota

——————————

Submitted: December 21, 2020
Filed: December 28, 2020
[Unpublished]

——————————

Before LOKEN, WOLLMAN, and KOBES, Circuit Judges.

——————————

PER CURIAM.

Brock Fredin appeals the district court's[1] dismissal of his diversity legal malpractice action. Having reviewed the record and considered the parties'

———————————

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota.

arguments on appeal, we find no basis for reversal.  See Kelly v. City of Omaha, 813 F.3d 1070, 1075 (8th Cir. 2016) (grant of motion to dismiss for failure to state claim under Fed. R. Civ. P. 12(b)(6) is reviewed de novo); Kozlov v. Associated Wholesale Grocers, Inc., 818 F.3d 380, 394 (8th Cir. 2016) (denial of motion to amend complaint is reviewed for abuse of discretion); Flores v. United States, 689 F.3d 894, 900 (8th Cir. 2012) (reviewing district court's interpretation of Minnesota malpractice statute de novo, and denial of motion to extend time limits set forth in Minnesota expert review statute for abuse of discretion); In re Charter Commc'ns, Inc., 443 F.3d 987, 993 (8th Cir. 2006) (denial of motion for reconsideration is reviewed for abuse of discretion).  The motion for reimbursement of the appellate filing fee is denied. The judgment is affirmed.  See 8th Cir. R. 47B.

_____